FILED
CLERK

2016 AUG 12 PM 1:10

U.S. DISTRICT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

             Defendant.

- - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____

**CR 16 00454**
IRIZARRY, CH.J.
LEVY, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
           August 12, 2016

                                        ROBERT L. CAPERS
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                By:    _____
                          Keith D. Edelman
                          Assistant United States Attorney
                          (718) 254-6328

cc:    Clerk of the Court

IRIZARRY, CH.J.
LEVY, M.I.