# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States <br> *Plaintiff* <br> v. <br> John Doe <br> *Defendant* | ) <br> ) <br> ) Case No. 16 CR 454 (PKC) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe

Date: 05/01/2018

*Deborah Colson*
*Attorney's signature*

Deborah Colson, DC1578
*Printed name and bar number*
Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004

*Address*

dcolson@colsonlaw.com
*E-mail address*

(212) 257-6455
*Telephone number*

(212) 257-6453
*FAX number*