

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN/MKM/KDE
F. #2015R00757

271 Cadman Plaza East
Brooklyn, New York 11201

April 27, 2020

By ECF and E-mail

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Eduardo Pletsch
     Criminal Docket No. 16-454 (PKC)

Dear Judge Chen:

  At the defendant Eduardo Pletsch's sentencing on December 6, 2019, the government, with the consent of the defendant as well as FIFA, CONMEBOL and CONCACAF (the "Victims"), requested that the Court stay any determination of possible restitution owed by the defendant given other means by which the Victims might be compensated for their losses.[1]  On February 27, 2020, the government informed the Court that it continued to pursue with the Victims such possible avenues for them to be compensated, and therefore requested that the Court continue to stay any restitution determination for approximately 60 days.  The Court granted that request and ordered the government to provide another update by April 27, 2020.

  Accordingly, the government writes to inform the Court that it continues to pursue alternative means of reimbursing the Victims for losses incurred in connection with the broader FIFA case.  Therefore, the government, with the consent of the defendant and the Victims, requests that the Court continue to stay any restitution determination as to the defendant until July 20, 2020, by which time the government will provide another update to the Court.  The government respectfully submits that this request is consistent with the

---

  [1] The decision to grant remission or restoration lies within the sole and exclusive discretion of the Attorney General and his designees at the Money Laundering and Asset Recovery Section.

Court's order staying the restitution payments previously ordered as to other defendants and the Second Circuit's order staying the appeals of restitution orders as to the defendants Eduardo Li and Brayan Jiménez.

        In light of the foregoing, the government respectfully requests that the Court stay any restitution determination as to the defendant until July 20, 2020.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
Samuel P. Nitze
M. Kristin Mace
Keith D. Edelman
Assistant U.S. Attorneys
718-254-7000

cc:    Clerk of Court (PKC) (by ECF)
       Defense Counsel (by ECF)