

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN/MKM/KDE
F. #2015R00757

271 Cadman Plaza East
Brooklyn, New York 11201

May 20, 2021

<u>By ECF and E-mail</u>

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Eduardo Pletsch
     <u>Criminal Docket No. 16-454 (PKC)</u>

Dear Judge Chen:

  At the defendant Eduardo Pletsch's sentencing on December 6, 2019, the government, with the consent of the defendant as well as FIFA, CONMEBOL and CONCACAF (the "Victims"), requested that the Court stay any determination of possible restitution owed by the defendant given other means by which the Victims might be compensated for their losses, which request the Court granted.[1] The Court has continued to stay any restitution determination as to the defendant, most recently on December 23, 2020, when the Court continued the stay until May 20, 2021. <u>See</u> Scheduling Order, ECF Dkt. Entry dated December 23, 2020.

  The government writes to inform the Court that it continues to make progress in its efforts, in close consultation with the Victims, to secure an alternative means of reimbursing the Victims for their losses. Therefore, the government, with the consent of the defendant and the Victims, requests that the Court continue to stay any restitution determination as to the defendant until August 20, 2021, by which time the government will provide another update to the Court. Should there be additional developments before then, the government will so inform the Court. The government respectfully submits that this

---

[1] The decision to grant remission or restoration lies within the sole and exclusive discretion of the Attorney General and his designees at the Money Laundering and Asset Recovery Section.

The Honorable Pamela K. Chen
May 20, 2021
Page 2

request is consistent with the Court's order staying the restitution payments previously ordered as to other defendants and the Second Circuit's order staying the appeals of restitution orders as to the defendants Eduardo Li and Brayan Jiménez.

In light of the foregoing, the government respectfully requests that the Court stay any restitution determination as to the defendant until August 20, 2021.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:   /s/
Samuel P. Nitze
M. Kristin Mace
Keith D. Edelman
Assistant U.S. Attorneys
718-254-7000

cc:   Clerk of Court (PKC) (by ECF)
Defense Counsel (by ECF)